AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE WESTERN District of ARKANSAS

RODNEY WINGER, Plaintiff

V.

DAVOL, INC., Defendant
C.R. BARD, INC., Defendant

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 08-6040

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
MAY 13 2008
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

TO: (Name and address of Defendant)

C.R. BARD, INC.
Registered Agent
Brian Burlew
730 Central Ave
Murray Hill, NJ 07974

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ED DANIEL, Attorney for Plaintiff
P.O. Box 26003
Little Rock, AR 72221-6003

an answer to the complaint which is served on you with this summons, within 30 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CHRISTOPHER R. JOHNSON

CLERK

4-22-08

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 5/7/08 |
| NAME OF SERVER *(PRINT)* DALE B. KNUTSON | TITLE NJ CERT PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: C.R. BARD, INC, 730 CENTRAL AVE MURRAY HILL, NJ

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): ACCEPTED BY JEAN F. MILLER, ASSISTANT SEC. OF C.R. BARD, INC, AT ABOVE ADDRESS. SHE IS

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/7/08
Date

[signature]
*Signature of Server*

303 PLFD. AVE. BERKELEY HTS NJ
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.