# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Western District of Arkansas

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
MAY 13 2008
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

Case Number: 08-6040

Plaintiff:
**RODNEY WINGER**

vs.

Defendant:
**DAVOL INC., AND C.R. BARD**

For:
Ed Daniel
ATTORNEY AT LAW
650 S. Shackleford Rd
Suite 400
Little Rock, AR 72221

Received by HUGHES LEGAL SUPPORT on the 2nd day of May, 2008 at 2:03 pm to be served on **DAVOL INC. C/O REGISTERED AGENT CT CORPORATION SYSTEM, 10 WEYBOSSET ST, PROVIDENCE, RI 02903**.

I, Paul G. Hughes, being duly sworn, depose and say that on the **6th day of May, 2008** at 10:31 am, I:

SERVED the within named CORPORATION by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** with the date and hour of service endorsed thereon by me to SANDRA CELIO, PROCESS SPECIALIST FOR CT CORP SYSTEMS as REGISTERED AGENT of the within named corporation.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5'9, Weight: 130, Hair: Blonde, Glasses: Y

I certify that I am a Rhode Island Constable licensed to serve civil process in the state of Rhode Island. I am over the age of eighteen years and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing instrument and the facts stated in it are true.

Before me on the 6th day of May, 2008 there personally appeared before me the above named individual who swore to the truth of the statements contained in this affidavit

NOTARY PUBLIC

S. L. MALLINSON, Notary Public
State of RI and Providence Plantations
My Commission Expires 8/16/2010

**Paul G. Hughes**
RI District Ct. Constable 6063

**HUGHES LEGAL SUPPORT**
**Www.Rhodeislandprocess.Com**
**P.O. Box 20617**
**Cranston, RI 02920**
**(401) 944-8980**
Our Job Serial Number: 2008002980

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2c