**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**

| | | |
|---|---|---|
| **RODNEY WINGER,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 6:08-cv-6040-JLH** |
| | § | **The Hon. Jimm Larry Hendren** |
| **DAVOL INC. *et. al.*,** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

## CORPORATE DISCLOSURE STATEMENT

C.R. Bard, Inc. and Davol Inc., pursuant to Fed. R. Civ. Proc. 7.1, hereby file this Corporate Disclosure Statement, and state as follows:

C.R. Bard, Inc. states that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

Davol Inc. is a wholly owned subsidiary of C.R. Bard, Inc.

Dated: May 27, 2008

Respectfully submitted,

**/s/ Lyn P. Pruitt**

Arkansas Bar 84121
MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201
*lpruitt@mwsgw.com*

Of Counsel:

Kirby T. Griffis
Dana Alan Gausepohl
SPRIGGS & HOLLINGSWORTH
1350 I Street N.W.
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)

**ATTORNEYS FOR DEFENDANT DAVOL INC. AND DEFENDANT C.R. BARD, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of May, 2008, I electronically filed the foregoing using the CM/ECF system, which shall send notification of such filing to the following:

- **Ed Daniel**
  P.O. Box 26003
  Little Rock, AR 72221
  ***eddaniel44@hotmail.com***

**/s/ Lyn P. Pruitt**