CLOSED

# U. S. District Court
# Western District of Arkansas (Hot Springs)
# CIVIL DOCKET FOR CASE #: 6:08−cv−06040−JLH

Winger v. Davol Inc. et al
Assigned to: Honorable Jimm Larry Hendren
Cause: 28:1332 Diversity−Personal Injury

Date Filed: 04/22/2008
Date Terminated: 06/11/2008
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Rodney Winger**

represented by **Ed Daniel**
Attorney at Law
P.O. Box 26003
Little Rock, AR 72221
(501) 224−0700
Fax: (501) 224−0820
Email: eddaniel44@hotmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol Inc.**
*a Delaware corporation*

represented by **Lyn Peeples Pruitt**
Mitchell, Williams, Selig, Gates &Woodyard
425 West Capitol Ave.
Suite 1800
Little Rock, AR 72201−3525
(501) 688−8800
Fax: (501) 688−8807
Email: lpruitt@mwsgw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C. R. Bard, Inc.**
*a New Jersy corporation*

represented by **Lyn Peeples Pruitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/22/2008 | Ï 1 | COMPLAINT against Davol Inc., C. R. Bard, Inc. ( Filing fee $ 350 receipt number 6000457.), filed by Rodney Winger.(dmc) (Entered: 04/24/2008) |
| 04/24/2008 | Ï | Summons Issued as to Davol Inc., C. R. Bard, Inc. and returned to attorney for service (dmc) (Entered: 04/24/2008) |

| | | |
|---|---|---|
| 05/13/2008 | Ï 2 | SUMMONS Returned Executed by Rodney Winger. C. R. Bard, Inc. served on 5/7/2008, answer due 5/27/2008. (jn) (Entered: 05/13/2008) |
| 05/13/2008 | Ï 3 | AFFIDAVIT of Service for Complaint, filed by Rodney Winger. Davol Inc. served on 5/6/2008, answer due 5/27/2008. (jn) (Entered: 05/13/2008) |
| 05/27/2008 | Ï 4 | ANSWER to 1 Complaint with Jury Demand *Answer and Affirmative Defenses* by Davol Inc., C. R. Bard, Inc..(Pruitt, Lyn) (Entered: 05/27/2008) |
| 05/27/2008 | Ï 5 | Corporate Disclosure Statement by Davol Inc., C. R. Bard, Inc.. (Pruitt, Lyn) (Entered: 05/27/2008) |
| 06/11/2008 | Ï 6 | ORDER TRANSFERRING CASE to District of Rhode Island. Case to be electronically extracted by receiving district. (File retained for appeal time to run). Signed by Jeffery N. Luthi, Clerk of the Panel on June 2, 2008. (dmc) (Entered: 06/11/2008) |